UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**PHILIP SHARPE,**

                              **Plaintiff,**

         vs.                                           9:04-CV-220

**GLENN GOORD,** *et al.,*

                              **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

      This civil action was referred to the Hon. Gustave J. Di Bianco, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report -Recommendation dated February 16, 2006 have been filed, and, in fact, Plaintiff filed a letter on March 8, 2006 indicating that he had no objections to the Report-Recommendation.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report -Recommendation for the reasons stated therein.

      It is therefore, **ORDERED** that Defendants' motion for dismissal (dkt. # 28) is **GRANTED IN PART AND DENIED IN PART.**  The motion is **granted** inasmuch as the claims against Defendants GOORD, WRIGHT, AND SPITZER are **dismissed without prejudice** pursuant to Fed. R. Civ. P. 12(b)(6) and  28 U.S.C. § 1915(e)(2)(B)(ii), and the motion is **in all other respects denied.**

DATED: March 24, 2006

                                                                Thomas J. McAvoy
                                                                Senior, U.S. District Judge